NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1232

### FORT MOJAVE INDIAN TRIBE,

Appellant,

v.

### Kathleen Sebelius,
### SECRETARY OF HEALTH AND HUMAN SERVICES,

Appellee.

Appeal from the Civilian Board of Contract Appeals in case no. 547-ISDA, Administrative Judge Stephen M. Daniels.

## ON MOTION

## O R D E R

Fort Mojave Indian Tribe moves to withdraw its appeal.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

| | FOR THE COURT |
|---|---|
| AUG 2 7 2009 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:    Lloyd Benton Miller, Esq.
       Robert E. Chandler, Esq.
s17

ISSUED AS A MANDATE: _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2009

JAN HORBALY
CLERK

---

*    Fort Mojave requests that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.